|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| WENDLE MOTORS, INC., | |
| Plaintiff, | No. CV-06-0334-FVS |
| v. | TEMPORARY RESTRAINING ORDER |
| RANDOLPH HONKALA and RENEE HONKALA, individually and the marital community comprised thereof, | |
| Defendants. | |

**THIS MATTER** came before the Court for a telephonic hearing on the Plaintiff's Motion for a Temporary Restraining Order, Ct. Rec. 2. The Plaintiff was represented by Richard D. Campbell. The Defendant proceeded pro se. The parties having indicated their consent to the contents of this order,

**IT IS HEREBY ORDERED**:

1. The Plaintiff's Motion for a Temporary Restraining Order, **Ct. Rec. 2**, is **GRANTED.**

2. The Defendants and all persons in active concert and participation with them are restrained from destroying, deleting, or altering information stored on their computer hard drives.

3. The Defendants and all persons in active concert and participation with them are restrained from contacting other potential buyers of the Shelby GT 500 convertible that is the subject of this

TEMPORARY RESTRAINING ORDER- 1

action.

4. The Plaintiff, for purposes of this lawsuit only, may serve expedited discovery upon the Defendants, including the right to copy relevant files from the Defendants' computer hard drives.  The Plaintiff shall access only such files on the Defendants' hard drives as refer to Wendle Motors, Inc. or the Shelby GT 500 convertible that is the subject of this action.  The Plaintiff shall take all precautions to ensure that it does not access irrelevant information in the course of searching the Defendants' computer hard drives.

5. The Plaintiff and all persons in active concert and participation with it are restrained from disseminating additional information about the Defendants over the Internet, whether in the form of postings, emails, or private messages.

6. The Defendants and all persons in active concert and participation with them are restrained from disseminating additional information about the Plaintiff over the Internet, whether in the form of postings, emails, or private messages.

7. The Plaintiff shall promptly file a security bond in the amount of one thousand dollars ($1,000).

8. If the Plaintiff intends to file a motion for a preliminary injunction, it shall do so no later than **5:00 p.m.** on **Wednesday, December 13, 2006.**

9. The Defendants shall file their response to the Plaintiff's motion for a preliminary injunction no later than **12:00 p.m.** on **Monday, December 18, 2006.**

10. The Court will hear the Plaintiff's motion for a preliminary

1  injunction, if any, at **9:00 a.m.** on **December 20, 2006.**

2  **IT IS SO ORDERED.**  The District Court Executive is hereby
3  directed to enter this order and furnish copies to the Plaintiff's
4  counsel and Mr. Honkala.  The District Court Executive is further
5  directed to address all communications to Mr. Honkala to the following
6  address unless and until Mr. Honkala retains counsel:

7      Mr. Randolph Honkala
8      505 E. Gem Lane
9      Colbert, WA 99005

10  **DATED** this  11th  day of December, 2006.

12          s/ Fred Van Sickle
        Fred Van Sickle
    United States District Judge

TEMPORARY RESTRAINING ORDER- 3