UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDLE MOTORS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RANDOLPH HONKALA and RENEE HONKALA, individually and the marital community comprised thereof,<br><br>        Defendants. | No. CV-06-0334-FVS<br><br>ORDER OF DISMISSAL |

**THIS MATTER** comes before the Court on the parties' Stipulated Motion For Order of Dismissal With Prejudice, Ct. Rec. 36. The parties having stipulated to the dismissal in the above-entitled matter and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Mr. Deissner's Motion to Withdraw, **Ct. Rec. 34**, is **GRANTED**.

2. The parties' Stipulated Motion For Order of Dismissal With Prejudice, **Ct. Rec. 36**, is **GRANTED**.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and the Defendants, and **CLOSE THE FILE.**

ORDER OF DISMISSAL- 1

1       **DATED** this  28th  day of September, 2007.

2

3                             s/ Fred Van Sickle
                                Fred Van Sickle
4                          United States District Judge

ORDER OF DISMISSAL- 2